*E-Filed 4/10/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSELUIS MORALES, | No. C 12-0981 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| GREG D. LEWIS, | |
| Respondent. | |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. Petitioner was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, within 30 days, or face dismissal of the action. More than 30 days have passed and petitioner has not paid the filing fee nor perfected his IFP application by filing a Certificate of Funds signed by an authorized prison officer. Accordingly, the action is DISMISSED without prejudice to petitioner paying the filing fee or filing a Certificate of Funds signed by an authorized prison officer. Petitioner's IFP motion (Docket No. 2) is DENIED as inadequate. The Clerk shall terminate Docket No. 2, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: April 10, 2012

RICHARD SEEBORG
United States District Judge