*E-Filed 4/12/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOSELUIS MORALES,

          Petitioner,

v.

G.D. LEWIS, Warden,

          Respondent.
_____/

No. C 12-0981 RS (PR)

**ORDER REOPENING ACTION;**

**ORDER DENYING MOTION TO CONSOLIDATE;**

**ORDER SETTING BRIEFING SCHEDULE**

Petitioner's motion to dissolve the stay and reopen the action (Docket No. 17) is GRANTED.  The action is hereby REOPENED and the stay DISSOLVED.  The Clerk shall amend the docket accordingly.  Petitioner's motion to consolidate this habeas action with a civil rights action is DENIED.  The Clerk shall terminate Docket No. 17.

Respondent has filed an answer to the petition.  **If petitioner wishes to file a traverse he must do so on or before June 12, 2013.  No extensions of time will be granted.**  If petitioner files a traverse, respondent has 30 days to file a response, though he is not required to file one.  No extensions of time will be granted.  If petitioner does not file a traverse on or before June 12, 2013, the Court will deem that (1) petitioner has waived his right to file a traverse, and (2) the matter is submitted for decision.

**IT IS SO ORDERED**.

DATED: April 12, 2013

RICHARD SEEBORG
United States District Judge

No. C 12-0981 RS (PR)
ORDER REOPENING ACTION