UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSELUIS MORALES,

    Petitioner,

v.

CONNIE GIPSON,

    Respondent.

Case No. 12-cv-00981-WHO (PR)

**ORDER REOPENING ACTION**

Petitioner Joseluis Morales has filed a motion for reconsideration under Rule 60(b) in this closed federal habeas corpus action. (Dkt. No. 33.) The Court denied the habeas petition on the merits, declined to issue a Certificate of Appealability ("COA"), and entered judgment in favor of respondent on September 2, 2014. (Dkt. Nos. 26 and 27.) Petitioner appealed. In February 2016, the Ninth Circuit Court of Appeals terminated his appeal when it denied his request for a COA. (Dkt. No. 32.) The instant motion followed.

The action is REOPENED so that the Court can consider the merits of Morales's motion. The Clerk shall modify the docket accordingly. Morales is reminded that the judgment and the order denying the petition remain in effect.

The merits of Morales's motion will be addressed in a separate order.

**IT IS SO ORDERED.**

**Dated:** March 21, 2016

WILLIAM H. ORRICK
United States District Judge